```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

G & R WOODWORKS, INC.                                PLAINTIFF

   v.          Case No. 6:09-CV-6098-RTD

BROWN ENTERPRISES, LLC                               DEFENDANT

### JUDGMENT

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 7) is **GRANTED,** and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED this 15th day of June 2010.

                              */s/ Robert T. Dawson*
                              Honorable Robert T. Dawson
                              United States District Judge